# Order

Michigan Supreme Court
Lansing, Michigan

November 18, 2016

152802 & (18)(22)(27)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

GARY DUANE FRISBY,
     Defendant-Appellant.

SC: 152802
COA: 328557
Genesee CC: 11-028915-FC

_____/

     On order of Court, the motion by defendant-appellant to dismiss his application for leave to appeal and the prosecutor's acquiescence in the motion are considered. The motion to dismiss is granted, and the case is DISMISSED with prejudice.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 18, 2016



a1115

Clerk